**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Jeffrey Ronald Shaw,<br><br>    Defendant. | No. CR-17-00507-001-TUC-RM (DTF)<br><br>**ORDER** |

    On April 8, 2021, the Court revoked Defendant Shaw's previously imposed term of supervised release and sentenced him to 3 months of custody followed by 33 months of supervised release. (Doc. 66.) His supervised release re-commenced on approximately April 26, 2021 and is set to expire in January 2024. (Doc. 67.) Currently pending before the Court is Defendant's unopposed Motion for Early Termination of Supervised Release, in which Defendant asks the Court to terminate his term of supervised release. (*Id.*) Defendant avers that during the eighteen months of his term so far, he has maintained employment, stayed sober, taken prescription medications, and maintained compliance with all conditions of his supervised release. (*Id.*) Neither Defendant's probation officer, Amanda Heinbaugh, nor Assistant United States Attorney Brian Hopkins, objects to this request.

    After considering the factors set forth in 18 U.S.C. § 3553(a), the Court may terminate a term of supervised release "at any time after the expiration of one year of

supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3583(e)(1).

In the interest of justice and based on the factors set forth in § 3553(a) and Defendant's conduct on supervised release, and given that there is no objection,

**IT IS ORDERED** that the Motion for Early Termination of Supervised Release (Doc. 67) is **granted**. Defendant Jeffrey Ronald Shaw's term of supervised release is hereby terminated, and he is released from all conditions of supervision.

Dated this 16th day of November, 2022.

_____
Honorable Rosemary Márquez
United States District Judge